381

Kate Regal
vs.                    } No. 42272
George Judzyk

DECISION

June 28, 1919

DORAN, J. Various details stated in testimony for plaintiff might be mentioned as seeming to the ordinary person unlikely though possible, but, taking the matter as a whole, it seems to me that the circumstances outlined are sufficiently extraordinary to justify submitting the case to another jury.

Motion for new trial granted.

For plaintiff: T. F. Vance and W. W. Osterman.

For defendant: Flynn & Mahoney.

Action for larceny of money.

Verdict against one defendant for $983.